Certificate Number: 02921-PAE-DE-034450068

Bankruptcy Case Number: 20-11522



02921-PAE-DE-034450068

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 11, 2020, at 9:39 o'clock AM EDT, Samantha L. Mizvitowicz completed a course on personal financial management given by internet by Credit Counseling Center, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: May 13, 2020

By: /s/Laurie Selitto

Name: Laurie Selitto

Title: counselor