```
                       United States Bankruptcy Court
                       Eastern District of Pennsylvania
```

In re:                                                        Case No. 20-11522-amc
Samantha Mizvitowicz                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Lisa              Page 1 of 1              Date Rcvd: Jun 23, 2020
                               Form ID: 195            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2020.
db         Samantha Mizvitowicz,   3402 Vista St,   Philadelphia, PA   19136-3823

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2020 at the address(es) listed below:
              HARVEY ISEMAN    on behalf of Debtor Samantha  Mizvitowicz hiseman@comcast.net, hiseman@msn.com
              REBECCA ANN SOLARZ    on behalf of Creditor   PNC BANK NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              TERRY P. DERSHAW    td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 7

Samantha Mizvitowicz  : Case No. 20−11522−amc
      Debtor(s)

### ORDER
_____

AND NOW, this day , June 23, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

15
Form 195